## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL TURNER and<br>YVETTA TURNER,<br><br>    Plaintiffs,<br><br>  v.<br><br>WERNER ENTERPRISES, Inc.,<br>a Corporation,<br><br>    Defendant. | 8:10CV173<br><br>ORDER |

After considering Plaintiffs' Motion to Withdraw Plaintiffs' Motion for Clerk's Entry of Default,

IT IS ORDERED that the Motion (Doc. 11) is granted, and Plaintiffs' Motion for Clerk's Entry of Default (Doc. 10) is deemed withdrawn.

**DATED June 3, 2010.**

                **BY THE COURT:**

                s/ F.A. Gossett
                **United States Magistrate Judge**